# IN THE SUPREME COURT OF PENNSYLVANIA

| | |
|---|---|
| In the Matter of | : No. 786 Disciplinary Docket No. 3 |
| | : |
| | : No. 170 DB 2002 |
| KIRK DOUGLAS RHODES | : |
| | : Attorney Registration No. 42045 |
| | : |
| PETITION FOR REINSTATEMENT | : (Out Of State) |

## O R D E R

**PER CURIAM:**

**AND NOW**, this 30th day of September, 2014, upon consideration of the Report and Recommendations of the Disciplinary Board dated April 22, 2014, the Petition for Review and response thereto, the request for oral argument and the Petition for Reinstatement are hereby denied.

Pursuant to Rule 218(f), Pa.R.D.E., petitioner is directed to pay the expenses incurred by the Board in the investigation and processing of the Petition for Reinstatement.